UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                Chapter 11 Case

Mitchell Jay Stein,                                                          Case No. 09-14345-PGH

        Debtor.
_____/

**NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER**
**(COUNSEL FOR CREDITOR ROWLAND PERKINS)**

Undersigned counsel for creditor Rowland Perkins, hereby provide notice that their address and phone number have changed to:

HOUGH KUBS & ROBSON, PL
2450 Hollywood Boulevard, Suite 706
Hollywood, FL  33020
Telephone:  (954) 239-4760

Please direct all pleadings and other documents at the address noted above.

**I HEREBY CERTIFY** that a copy of this notice was served by CM/ECF to those parties receiving notices of electronic filing in this case on May 26, 2009.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    HOUGH KUBS & ROBSON, PL
    *Counsel for Creditor*
    2450 Hollywood Boulevard, Suite 706
    Hollywood, FL  33020
    Telephone:  (954) 239-4760
    Facsimile:  (954) 839-6444

    By: /s/  Grace E. Robson
        Grace E. Robson
        Florida Bar No. 0178063
        grobson@hkrlegal.com