**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:
MITCHELL J. STEIN,                                    Case No. 09-14345-BKC-PGH
                    Debtor.                            CHAPTER 11
_____/

**NOTICE OF FILING DEBTOR'S STANDARD MONTHLY**
**OPERATING REPORT (BUSINESS) FOR THE PERIOD**
**FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

Debtor Mitchell J. Stein, Esq. hereby gives notice of filing Debtor's Standard
Monthly Operating Report (Business) for the Period from August 1, 2010 through
August 31, 2010.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of September, 2010, I electronically
filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that
the foregoing document is being served this day on all counsel of record or pro se
parties identified on the attached Service List in the manner specified, either via
transmission of Notices of Electronic Filing generated by CM/ECF or in some other
authorized manner for those counsel or parties who are not authorized to receive
electronically Notices of Filing.

                            **PADULA & GRANT, PLLC**
                            Attorneys for Debtor
                            365 East Palmetto Park Road
                            Boca Raton, Florida  33432
                            Telephone No. 561.544.8900
                            Facsimile No. 561.544.8999
                            Email:  grant@padulagrant.com


                            By:  ___/s/ Joe M. Grant_____
                                  JOE M. GRANT
                                  Florida Bar No. 137758

## SERVICE LIST SERVICE LIST

**SERVED VIA CM/ECF NOTICE AND U.S. MAIL:**

- Joey M. Grant                grant@padulagrant.com
- Charles W. Throckmorton      cwt@kttlaw.com
- David Samole                 das@kttlaw.com
- Grace E. Robson              grobson@hkrlegal.com
- Isaac M. Marcushamer         imarcushamer@bergersingerman.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Thomas M. Messana            tmessana@mws-law.com
- Gregory S. Grossman          ggrossman@astidavis.com
- Harold D. Moorefield, Jr.    hmoorefield@stearnsweaver.com
- Brian S. Behar, Esq.         bsb@bgglaw.com

**SERVED VIA U.S. MAIL**

**David L. Ray**
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA  90025

**James A. Stearman, Esquire**
1235 North Harbor Boulevard, Suite 200
Fullerton, CA  92832

**Daszkal Bolton, LLP**
2401 NW Boca Raton Blvd.
Boca Raton, FL 33431

**Executive Leasing**
7807 Santa Monica Blvd.
Los Angeles, CA 90046

**Robert Brown, Esquire**
Rendings Fry
1 West 4th Street, Suite 900
Cincinnati, OH 45202

**Ulmer Berne, LLC Attorneys**
Skylight Office Tower
1660 W. 2nd St., Suite 1100
Cleveland, Ohio 44113

**Tracey Hampton-Stein**
18201 Daybreak Drive
Boca Raton, Florid 33496

**Mitchell Jay Stein**
2450 Hollywood boulevard, Suite 706
Hollywood fl 33020

**Bank of America**
P.O. Box 60610
Phoenix, AZ 85082

**David Martin, Esquire**
4 W. Main Street, Suite 707
Springfield, OH 45502

**LVNV Funding**
P.O. Box 3038
Evansville, IN 47730

**Plains Commerce Bank**
3905 W 49th Street
Sioux Falls, TX 57106

**Richardson Patel**
10900 Wilshire Blvd., Ste. 500
Los Angeles, CA 90024

**Trayton Aviation, LLC**
21218 St. Andrews Blvd. #637
Boca Raton, Florida 33433

**Gregory S. Grossman, Esquire**
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, Fl 16
Miami, Florida 33131

**Capital One**
P.O. Box 85520
Richmond, VA 32385

**Progressive Mgt. Sys. (So Cal Gas)**
1521 W. Cameron Ave., 1st Floor
West Covina, CA 91790

**Tribute/FBP**
P.O. Box 105555
Richmond, VA 23282

**Sherwood Country Club**
**Attn: Daryn Wood – Controller**
320 W. Stafford Road
Thousand Oaks, CA 91361

**Mr. Lee Ehrlichman**
P.O. Box 8693
Calabasas, CA  91372

**Harold D. Moorefield, Esq.**
Stearns Weaver Miller
150 W. Flagler St., #2200
Miami, FL 33130

**Unencumbered Assets Trust, Erin I Katz**
c/o Co-Counsel Lisa Hill Fenning, Esq.
Arnold & Porter, LLC
777 South Figueroa Street
44th Floor
Los Angeles, CA 90071

**SWAB, LLC**
c/o Emanuel Barling, Jr., Esq.
Law Offices of Emanuel Barling, Jr., Esq.
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401

**MGM Grand Hotel**
3799 Las Vegas Blvd. S.
Las Vegas, NV 89109

**Robany, Inc.**
6320 Canoga Ave., Suite 1500
Woodland Hills, CA 91367

**Aviation Finance Group, LLC**
4355 Emerald St., Suite 100
Boise, ID 83707

**Double Eagle Entertainment**
c/o Rowland Perkins
P.O. Box 1268
Beverly Hills, CA 90213

**Warren L. King, M.D.**
21301 Powerline Rd., Ste. 304
Boca Raton, Florida 33433

**Steven M. Davis, Esquire**
121 Alhambra Plaza, #1000
Coral Gables, Florida 33134

**Unencumbered Assets Trust, Erin I Katz**
c/o Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: |
|---|
| Case Number: |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repo...

| August 2010 | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 0.00 | |
| CASH- Beginning of Month (Business) | 11,047.60 | |
| | | |
| Total Household Receipts | 0.00 | |
| Total Business Receipts | 26,700.00 | 209,706.66 |
| **Total Receipts** | 26,700.00 | 209,706.66 |
| | | |
| Total Household Disbursements | 0.00 | |
| Total Business Disbursements | 29,619.94 | 238,670.71 |
| **Total Disbursements** | 29,619.94 | 238,670.71 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | -2,919.94 | -28,964.05 |
| | | |
| CASH- End of Month (Individual) | | |
| CASH- End of Month (Business) | 8,127.66 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| **Less:** Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20_____.    _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Bank of America | Bank of America | Bank of America | |
| Account Number: | 2901-1541 | 2901-1554 | 2901-9873 | |
| Purpose of Account (Business/Personal) | Proprietership | Proprietership | Savings | |
| Type of Account (e.g. checking) | Checking | Checking | Savings | |
| | | | | |
| 1. Balance per Bank Statement | 12,990.73 | 3,047.35 | 30.60 | |
| 2. ADD: Deposits not credited (attach list to this report) | 1,900.00 | 10,000.00 | 4.53 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | -14,701.81 | -5,143.74 | 0.00 | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 188.92 | 7,903.61 | 35.13 | |
| TOTAL OF ALL ACCOUNTS | | | | 8,127.66 |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Bank of America |
|---|---|
| Account Number | 2901-1541 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Electronic | 8/2/2010 | BKOFAMERICA ATM 07/31 #000006967 WITHDRWL CALABASAS CALABASAS CA | | -500.00 |
| Electronic | 8/2/2010 | CHECKCARD 0731 THE BISTRO GARDEN STUDIO CITY CA 5531020021220723110099 | | -116.00 |
| Electronic | 8/2/2010 | CHECKCARD 0729 MI PIACE CALABASA CALABASAS CA 5542950021286399800321 | | -90.00 |
| Electronic | 8/2/2010 | CALABASAS AUTO 07/31 #000001773 PURCHASE 24115 CALABASAS R CALABASAS CA | | -42.99 |
| Electronic | 8/2/2010 | CHECKCARD 0730 PAYPAL *VISTAPRIN 4029357733 MA 5542950021184947705116 | | -2.99 |
| Electronic | 8/5/2010 | CHECKCARD 0805 SPRINT *WIRELESS 800-639-6111 VA 5543286021700031889287 | | -440.53 |
| Electronic | 8/5/2010 | CHECKCARD 0804 LA SUPERIOR CRT LOS ANGELES CA 5550037021720783680001 | | -395.00 |
| Electronic | 8/5/2010 | CHECKCARD 0804 LA SUPERIOR CRT LOS ANGELES CA 5550037021720783680033 | | -40.00 |
| Electronic | 8/5/2010 | CHECKCARD 0804 PAYPAL *EMTC INC 4029357733 CA 55429500216849635785617 | | -29.90 |
| Electronic | 8/6/2010 | BKOFAMERICA ATM 08/06 #000009464 WITHDRWL CALABASAS CALABASAS CA | | -200.00 |
| Electronic | 8/6/2010 | CHECKCARD 0805 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860217000392712079 | | -59.97 |
| Electronic | 8/9/2010 | CHECKCARD 0806 THE INTELLIGENT O WALNUT CREEK CA 85183550220980005044095 | | -169.87 |
| Electronic | 8/9/2010 | CHECKCARD 0807 PAYPAL *INSTORESO 35314369001 85130070220031424384564 | | -22.88 |
| Electronic | 8/9/2010 | CHECKCARD 0807 PAYPAL *INSTORESO 35314369001 85130070220031424384564 | | -0.69 |
| Electronic | 8/10/2010 | CHECKCARD 0809 Amazon.com AMZN.COM/BILL WA 55432860221000000180509 | | -90.24 |
| Electronic | 8/10/2010 | CHECKCARD 0808 L A SUPERIOR COUR 213-8930364 CA 85450780221118000190294 | | -75.98 |
| Electronic | 8/10/2010 | CHECKCARD 0808 L A SUPERIOR COUR 213-8930364 CA 85450780221118000190484 | | -30.00 |
| Electronic | 8/10/2010 | CHECKCARD 0808 L A SUPERIOR COUR 213-8930364 CA 85450780221118000190427 | | -8.76 |
| Electronic | 8/10/2010 | CHECKCARD 0808 L A SUPERIOR COUR 213-8930364 CA 85450780221118000190823 | | -7.50 |
| Electronic | 8/10/2010 | CHECKCARD 0809 PAYPAL *VOICE GO 4029357733 CA 55429500221849780664750 | | -5.99 |
| Electronic | 8/12/2010 | CHECKCARD 0811 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860223000347849168 | | -128.95 |
| Electronic | 8/12/2010 | CHECKCARD 0811 Amazon.com AMZN.COM/BILL WA 55432860223000385033758 | | -91.95 |
| Electronic | 8/12/2010 | CHECKCARD 0810 L A SUPERIOR COUR 213-8930364 CA 85450780223118000108187 | | -22.50 |
| Electronic | 8/13/2010 | CHECKCARD 0812 BRN*MERGERNETWORK 161-7497510 MA 75309560224761186374377 | | -34.95 |
| Electronic | 8/13/2010 | CHECKCARD 0812 MNI*CREDITREPORT. 866-8833309 CA 75309560224761870053428 | | -14.95 |
| Electronic | 8/13/2010 | CHECKCARD 0812 J2 *TRUSTFAX 866-733-7040 CA 55432860224000579959437 | | -4.95 |
| Electronic | 8/16/2010 | DEPOSIT CORR/ADJ FEE IMAGE | | -100.00 |
| Electronic | 8/16/2010 | CHECKCARD 0814 SHELL OIL 2744172 CALABASAS CA 55308760227547233018869 | | -68.42 |
| Electronic | 8/16/2010 | BKOFAMERICA ATM 08/14 #000003555 WITHDRWL CALABASAS CALABASAS CA | | -60.00 |
| Electronic | 8/17/2010 | BKOFAMERICA ATM 08/16 #000008326 WITHDRWL AGUORA AGOURA CA | | -400.00 |
| Electronic | 8/18/2010 | RETURN ITEM CHARGEBACK | | -13,000.00 |
| Electronic | 8/18/2010 | CHECKCARD 0817 MC AUTO SMOG CHEC 818-9610336 CA 55417340229172295244548 | | -40.00 |
| Electronic | 8/23/2010 | RITE AID CORPO 08/21 #000348834 PURCHASE WESTLAKE HILLS PL THOUSAND OAKS CA | | -65.96 |
| Electronic | 8/23/2010 | CHECKCARD 0821 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860233000906254972 | | -40.19 |
| Electronic | 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILL WA 55432860235000264190030 | | -61.56 |
| Electronic | 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILL WA 55432860235000265262176 | | -55.97 |
| Electronic | 8/24/2010 | CHECKCARD 0824 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860236000389172367 | | -38.69 |
| Electronic | 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILL WA 55432860235000278928904 | | -22.93 |
| Electronic | 8/25/2010 | SO CAL EDISON CO DES:BILL PAYMT ID:134691682 INDN:Mitchell J Stein CO ID:4951 | | -695.81 |
| Electronic | 8/26/2010 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-25 ELECTRONIC TRANSACTION | | -35.00 |
| Electronic | 8/26/2010 | CHECKCARD 0825 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860237000660170766 | | -64.29 |
| Electronic | 8/26/2010 | CHECKCARD 0824 SG MOTORSPORTS CANOGA PARK CA 85425570237980015612920 | | -49.50 |
| Electronic | 8/30/2010 | CHECKCARD 0827 EZ LUBE LLC #48 CANOGA PARK CA 85418360239118000100253 | | -57.81 |
| Electronic | 8/30/2010 | CHECKCARD 0829 Amazon.com AMZN.COM/BILL WA 55432860241000249780584 | | -31.97 |
| Electronic | 8/30/2010 | CHECKCARD 0830 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860242000297301852 | | -12.18 |
| Electronic | 8/31/2010 | CHECKCARD 0830 AMAZON MKTPLACE P AMZN.COM/BILLWA 55432860242000371422350 | | -17.75 |
| Electronic | 8/31/2010 | CHECKCARD 0830 MP3TUNES SAN DIEGO CA 25140610243002347434315 | | -4.95 |
| Electronic | 8/31/2010 | CHECKCARD 0830 PAYPAL *VISTAPRIN 4029357733 MA 55429500242849522363708 | | -2.99 |
| Electronic | 8/31/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/31/10 | | -0.31 |
| Electronic | 8/2/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 07/30/10 - Timing Adjustment | | 0.88 |
| | | | TOTAL | -17,552.94 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Bank of America |
|---|---|
| Account Number | 2901-1554 |
| Purpose of Account (Business) | Proprietership |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Electronic | 8/2/2010 | CHECKCARD 0731 BUYYOURTIES 866-502-1786 CA 24492150212849505309007 | | -36.87 |
| Electronic | 8/2/2010 | CHECKCARD 0801 SENDYOURFILES.COM PREBASE B.V. 74027690213030224697914 | | -13.95 |
| Electronic | 8/2/2010 | CHECKCARD 0801 SENDYOURFILES.COM PREBASE B.V. 74027690213030224697914 | | -0.42 |
| Electronic | 8/5/2010 | CHECKCARD 0804 UNION 76 00347807 CALABASAS CA 24164070216619277976041 | | -50.39 |
| Electronic | 8/5/2010 | CHECKCARD 0804 FEDEX OFFICE #0582 WOODLAND HILLCA 24445000217377747181513 | | -3.75 |
| Electronic | 8/6/2010 | CHECKCARD 0805 JOS A BANK CATALOG #03 800-999-7472 MD 24492150217818000005985 | | -749.04 |
| Electronic | 8/6/2010 | CHECKCARD 0804 PAYPAL *ORIENTALFUR 402-935-7733 MA 24492150217849650561183 | | -159.50 |
| Electronic | 8/9/2010 | CHECKCARD 0805 MI PIACE CALABASAS CALABASAS CA 24492150218286399800573 | | -71.59 |
| Electronic | 8/9/2010 | CHECKCARD 0807 JERRY'S FAMOUS DELI WOODLAND HILLCA 24341290220251568011843 | | -44.42 |
| Electronic | 8/9/2010 | CHECKCARD 0807 PAYPAL *BLUEBARGAIN 402-935-7733 CA 24492150219849720275522 | | -40.12 |
| Electronic | 8/9/2010 | CHECKCARD 0808 PAYPAL *PREMIEREENT 402-935-7733 CA 24492150220849746776048 | | -27.80 |
| Electronic | 8/10/2010 | CHECKCARD 0806 COURTYARD SALON CALABASAS CA 24801990221980000158476 | | -35.00 |
| 314 | 8/11/2010 | Check 314 | | -400.00 |
| Electronic | 8/11/2010 | CHECKCARD 0809 RPI*CIVILCOURTDOCS 877-595-5179 CA 24412890222700167598096 | | -67.00 |
| 312 | 8/11/2010 | Check 312 | | -1309.85 |
| Electronic | 8/12/2010 | CHECKCARD 0811 LA SUPERIOR CRT - LOS ANGELES CA 24055240223207986900015 | | -40.00 |
| Electronic | 8/16/2010 | Online Banking payment to CRD 5771 Confirmation# 5499873209 | | -600.00 |
| Electronic | 8/16/2010 | CHECKCARD 0813 VIRGIN AMER 98400000008 BURLINGAME CA 24717050226582262955036 | | -4812.78 |
| Electronic | 8/16/2010 | CHECKCARD 0813 LA SCALA RESTAURANT BEVERLY HILLSCA 24653000227900017601137 | | -200.00 |
| Electronic | 8/16/2010 | CHECKCARD 0815 PM *Blackpeoplemeet.com 323-6030188 CA 24351780227780572452635 | | -63.65 |
| Electronic | 8/16/2010 | CHECKCARD 0815 PAYPAL *FIRSTBEATME 402-935-7733 CA 24492150227849960383658 | | -39.99 |
| Electronic | 8/16/2010 | CHECKCARD 0814 RITE AID STORE 6327 CALABASAS CA 24792620227691582988572 | | -31.19 |
| Electronic | 8/16/2010 | CHECKCARD 0814 VISTAPR*WEBSITE PKG 866-811-4994 MA 24189510227050342445114 | | -25.95 |
| Electronic | 8/18/2010 | CHECKCARD 0817 AVE*Avesil 866-7303330 FL 24351780229790073464664 | | -95.90 |
| Electronic | 8/18/2010 | CHECKCARD 0817 PAYPAL *CELLPHONESH 402-935-7733 NV 24492150229849047120467 | | -29.97 |
| Electronic | 8/19/2010 | WIRE TYPE:WIRE OUT DATE:100819 TIME:0953 ET TRN:201008190012455 SERVICE REF:002680 | | -1400.00 |
| Electronic | 8/19/2010 | CHECKCARD 0818 MI PIACE CALABASAS CALABASAS CA 24492150230286399800635 | | -86.77 |
| Electronic | 8/19/2010 | Wire Transfer Fee | | -25.00 |
| Electronic | 8/19/2010 | Wire Transfer Fee | | -12.00 |
| Electronic | 8/20/2010 | CHECKCARD 0819 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160231000678301678 | | -70.00 |
| Electronic | 8/20/2010 | CHECKCARD 0818 FREEDOM VOICE SYSTEMS 2 800-477-1477 CA 24445000232398874244792 | | -11.35 |
| Electronic | 8/23/2010 | CHECKCARD 0820 THE GRILL ON THE ALLEY WESTLAKE VILLCA 24418000233233366158709 | | -200.00 |
| Electronic | 8/23/2010 | CHECKCARD 0821 CHARTER COMMUNICATIONS 888-438-2427 CA 24692160233000884304407 | | -121.00 |
| Electronic | 8/23/2010 | CHECKCARD 0821 CALENDARS 800-365-9327 VA 24761970233275269015426 | | -47.29 |
| Electronic | 8/23/2010 | CHECKCARD 0821 PAYPAL *SAFECART 8773709229 BC 74198810234033265558419 | | -39.90 |
| Electronic | 8/23/2010 | CHECKCARD 0819 JOTT NETWORKS INC 000-0000000 WA 24121570232300023397642 | | -2.95 |
| Electronic | 8/23/2010 | CHECKCARD 0821 PAYPAL *SAFECART 8773709229 BC 74198810234033265558419 | | -1.20 |
| Electronic | 8/24/2010 | CHECKCARD 0823 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160235000303141800 | | -104.00 |
| Electronic | 8/24/2010 | CHECKCARD 0823 PAYPAL *BESTBOWLING 402-935-7733 CA 24492150235849255551231 | | -71.99 |
| Electronic | 8/24/2010 | CHECKCARD 0823 DRAGON HERBS 310-917-2288 CA 24055230235207155100139 | | -54.55 |
| Electronic | 8/25/2010 | CHECKCARD 0824 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160236000472082115 | | -249.00 |
| Electronic | 8/25/2010 | CHECKCARD 0824 ATT*CONS PHONE PMT 800-288-2020 TX 24692160236000476675526 | | -200.00 |
| Electronic | 8/25/2010 | CHECKCARD 0824 PAYPAL *VISTAPRINT 402-935-7733 MA 24492150236849286706340 | | -41.68 |
| Electronic | 8/25/2010 | CHECKCARD 0823 PAYPAL *ADDAPROTECH 402-935-7733 NJ 24492150236849286134287 | | -22.95 |
| Electronic | 8/25/2010 | CHECKCARD 0824 PAYPAL *ROSSBEE 402-935-7733 CA 24692160236000398102070 | | -13.94 |
| Electronic | 8/26/2010 | CHECKCARD 0825 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160237000439263329 | | -66.00 |
| Electronic | 8/26/2010 | CHECKCARD 0824 JERRY'S FAMOUS DELI ENCINO CA 24341290237251474010781 | | -46.00 |
| Electronic | 8/26/2010 | CHECKCARD 0824 STAPLES 00101212 WOODLAND HILLCA 24164070237371565010517 | | -11.84 |
| Electronic | 8/26/2010 | CHECKCARD 0825 VISTAPR*WEBSITE PKG 866-811-1674 MA 24189510238030093006924 | | -6.11 |
| Electronic | 8/27/2010 | CHECKCARD 0826 GOOGLE *ADWS6537066780 CC@GOOGLE.COMCA 24692160238000790987357 | | -50.00 |
| Electronic | 8/30/2010 | CHECKCARD 0828 MI PIACE CALABASAS CALABASAS CA 24492150240286399800930 | | -95.71 |
| Electronic | 8/30/2010 | CHECKCARD 0829 STANLEYS SHERMAN OAKS CA 24717050241732412928182 | | -66.64 |
| | | | TOTAL | -12,067.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 1,000,000 | 1,123,700 |
| Plus:  Billings During the Month | 61,200 | 0 |
| Less: Collections During the Month | | 0 |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** (see note below) | 1,061,200 | 1,123,700 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled | Current Month |
|---|---|---|
| 0 - 30 Days | 61,200 | 0 |
| 31 - 60 Days | 37,000 | 0 |
| 61 - 90 Days | 47,000 | |
| Over 90 Days | 916,000 | 1,123,700 |
| | | |
| Total Accounts Receivable** | 1,061,200 | 1,123,700 |

*  Attach explanation of  any adjustment or writeoff.

**  The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

**  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

Note: $10,000 was collected from Signalife on March 4, 2010 and will be reflected in March 2010 MOR

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | June | July | August |
| Accounts Payable Beginning Balance* | -758.61 | -1,708.61 | -1,878.61 |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | 950.00 | 170.00 | 600.00 |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | -1,708.61 | -1,878.61 | -2,478.61 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| (List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid)*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note:**

Bank of America reporting system error:  Bank of America only reports overall balance.  Therefore new indebtness is all transactions plus
calcuated interest at 15% per annum (simple).

Bank of America
**Transactions - 1541 - August Deposits Not On 8/16/2010 Bank Statement**

| Date | Description | Amount |
|------|-------------|--------|
| 8/19/2010 | Online Banking transfer from CHK 1554 Confirmation# 0422570229 | 600.00 |
| 8/23/2010 | Online Banking transfer from CHK 1554 Confirmation# 1655252230 | 700.00 |
| 8/26/2010 | Online Banking transfer from CHK 1554 Confirmation# 0486207914 | 600.00 |
| | | 1,900.00 |

Bank of America
**Transactions - 1541 - August Transactions Not On 8/16/2010 Bank Statement**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 8/17/2010 | BKOFAMERICA ATM 08/16 #000008326 WITHDRWL AGUORA AGOURA CA | -400.00 |
| 8/18/2010 | RETURN ITEM CHARGEBACK | -13,000.00 |
| 8/18/2010 | CHECKCARD 0817 MC AUTO SMOG CHEC 818-9610336 CA 5541734022917295244548 | -40.00 |
| 8/23/2010 | RITE AID CORPO 08/21 #000348834 PURCHASE WESTLAKE HILLS PL THOUSAND OAKS C | -65.96 |
| 8/23/2010 | CHECKCARD 0821 AMAZON MKTPLACE P AMZN.COM/BILLWA 5543286023300906254972 | -40.19 |
| 8/23/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/23/10 | -0.85 |
| 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILLWA 5543286023500264190030 | -61.56 |
| 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILLWA 5543286023500265262176 | -55.97 |
| 8/24/2010 | CHECKCARD 0824 AMAZON MKTPLACE P AMZN.COM/BILLWA 5543286023600389172367 | -38.69 |
| 8/24/2010 | CHECKCARD 0823 Amazon.com AMZN.COM/BILLWA 5543286023500278928904 | -22.93 |
| 8/24/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/24/10 | -0.85 |
| 8/25/2010 | SO CAL EDISON CO DES:BILL PAYMT ID:134691682 INDN:Mitchell J Stein CO ID:4951 | -695.81 |
| 8/26/2010 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-25 ELECTRONIC TRANSACTION | -35.00 |
| 8/26/2010 | CHECKCARD 0825 AMAZON MKTPLACE P AMZN.COM/BILLWA 5543286023700660170766 | -64.29 |
| 8/26/2010 | CHECKCARD 0824 SG MOTORSPORTS CANOGA PARK CA 8542557023798001561292 | -49.50 |
| 8/26/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/26/10 | -1.21 |
| 8/30/2010 | CHECKCARD 0827 EZ LUBE LLC #48 CANOGA PARK CA 8541836023911800010025 | -57.81 |
| 8/30/2010 | CHECKCARD 0829 Amazon.com AMZN.COM/BILLWA 5543286024100024978058 | -31.97 |
| 8/30/2010 | CHECKCARD 0830 AMAZON MKTPLACE P AMZN.COM/BILLWA 5543286024200297301852 | -12.18 |
| 8/30/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/30/10 | -1.04 |
| 8/31/2010 | CHECKCARD 0830 AMAZON MKTPLACE P AMZN.COM/BILLWA 5543286024200037142235 | -17.75 |
| 8/31/2010 | CHECKCARD 0830 MP3TUNES SAN DIEGO CA 2514061024300234743431 | -4.95 |
| 8/31/2010 | CHECKCARD 0830 PAYPAL *VISTAPRIN 4029357733 MA 5542950024284952236370 | -2.99 |
| 8/31/2010 | KEEP THE CHANGE TRANSFER TO ACCT 9873 FOR 08/31/10 | -0.31 |
| | | -14,701.81 |

Bank of America
**Transactions - 1554 - August Deposits Not On 8/16/2010 Bank Statement**

| Date | Description | Amount |
|------|-------------|--------|
| 8/19/2010 | WIRE TYPE:BOOK IN DATE:100819 TIME:1357 ET TRN:2010081900210941 SEQ:P3102310086 | 10,000.00 |
| | | 10,000.00 |

Bank of America
**Transactions - 1554 - Transactions Not On 8/16/2010 Bank Statement**

| Date | Description | Amount |
|------|-------------|--------|
| 8/18/2010 | CHECKCARD 0817 AVE*Avesil 866-7303330 FL 24351780229790073464664 | -95.90 |
| 8/18/2010 | CHECKCARD 0817 PAYPAL *CELLPHONESH 402-935-7733 NV 24492150229849047120467 | -29.97 |
| 8/19/2010 | WIRE TYPE:WIRE OUT DATE:100819 TIME:0953 ET TRN:2010081900124555 SERVICE REF:002680 | -1,400.00 |
| 8/19/2010 | Online Banking transfer to CHK 1541 Confirmation# 0422570229 | -600.00 |
| 8/19/2010 | CHECKCARD 0818 MI PIACE CALABASAS CALABASAS CA 24492150230286399800635 | -86.77 |
| 8/19/2010 | Wire Transfer Fee | -25.00 |
| 8/19/2010 | Wire Transfer Fee | -12.00 |
| 8/20/2010 | CHECKCARD 0819 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160231000678301678 | -70.00 |
| 8/20/2010 | CHECKCARD 0818 FREEDOM VOICE SYSTEMS 2 800-477-1477 CA 24445000232398874244792 | -11.35 |
| 8/23/2010 | Online Banking transfer to CHK 1541 Confirmation# 1655252230 | -700.00 |
| 8/23/2010 | CHECKCARD 0820 THE GRILL ON THE ALLEY WESTLAKE VILLCA 24418000233233366158709 | -200.00 |
| 8/23/2010 | CHECKCARD 0821 CHARTER COMMUNICATIONS 888-438-2427 CA 24692160233000884304407 | -121.00 |
| 8/23/2010 | CHECKCARD 0821 CALENDARS 800-365-9327 VA 24761970233275269015426 | -47.29 |
| 8/23/2010 | CHECKCARD 0821 PAYPAL *SAFECART 8773709229 BC 74198810234033265558419 | -39.90 |
| 8/23/2010 | CHECKCARD 0819 JOTT NETWORKS INC 000-0000000 WA 24121570232000232397642 | -2.95 |
| 8/23/2010 | CHECKCARD 0821 PAYPAL *SAFECART 8773709229 BC 74198810234033265558419 | -1.20 |
| 8/24/2010 | CHECKCARD 0823 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160235000303141800 | -104.00 |
| 8/24/2010 | CHECKCARD 0823 PAYPAL *BESTBOWLING 402-935-7733 CA 24492150235849255551231 | -71.99 |
| 8/24/2010 | CHECKCARD 0823 DRAGON HERBS 310-917-2288 CA 24055230235207155100139 | -54.55 |
| 8/25/2010 | CHECKCARD 0824 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160236000472082115 | -249.00 |
| 8/25/2010 | CHECKCARD 0824 ATT*CONS PHONE PMT 800-288-2020 TX 24692160236000476675526 | -200.00 |
| 8/25/2010 | CHECKCARD 0824 PAYPAL *VISTAPRINT 402-935-7733 MA 24492150236849286706340 | -41.68 |
| 8/25/2010 | CHECKCARD 0823 PAYPAL *ADDAPROTECH 402-935-7733 NJ 24492150236849286134287 | -22.95 |
| 8/25/2010 | CHECKCARD 0824 PAYPAL *ROSSBEE 402-935-7733 CA 24692160236000398102070 | -13.94 |
| 8/26/2010 | Online Banking transfer to CHK 1541 Confirmation# 0486207914 | -600.00 |
| 8/26/2010 | CHECKCARD 0825 LEVENGER CATALOG&WEB 800-545-0242 FL 24692160237000638926329 | -66.00 |
| 8/26/2010 | CHECKCARD 0824 JERRY'S FAMOUS DELI ENCINO CA 24341290237251474010781 | -46.00 |
| 8/26/2010 | CHECKCARD 0824 STAPLES 00101212 WOODLAND HILLCA 24164070237105166501517 | -11.84 |
| 8/26/2010 | CHECKCARD 0825 VISTAPR*WEBSITE PKG 866-811-1674 MA 24189510238030093006924 | -6.11 |
| 8/27/2010 | CHECKCARD 0826 GOOGLE*ADWS6537066780 CC@GOOGLE.COMCA 24692160238000790987357 | -50.00 |
| 8/30/2010 | CHECKCARD 0828 MI PIACE CALABASAS CALABASAS CA 24492150240286399800930 | -95.71 |
| 8/30/2010 | CHECKCARD 0829 STANLEYS SHERMAN OAKS CA 24717050241732412928182 | -66.64 |
|  |  | -5,143.74 |

Bank of America
**Transfers In to 9873 - Not on 8/16/2010 Bank Statement**

| Date | Description | Amount |
|------|-------------|--------|
| 8/17/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 08/16/10 | 0.58 |
| 8/24/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 08/23/10 | 0.85 |
| 8/25/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 08/24/10 | 0.85 |
| 8/27/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 08/26/10 | 1.21 |
| 8/31/2010 | KEEP THE CHANGE CREDIT FROM ACCT 1541 FOR 08/30/10 | 1.04 |
| | | 4.53 |

H

## Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Combined Statement
Page 1 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P  PA  9          0225200
Number of checks enclosed: 0

17075 001 SCM999 I1     0

MITCHELL J STEIN
D I P
21218 SAINT ANDREWS BLVD # 637
BOCA RATON FL 33433-2449

Pittsburgh Pirates™

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
☎ 1.800.432.1000 Customer Service
1.800.288.4408 TDD/TTY Users Only
1.800.688.6086 En Español

Or you may write to:
✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts **** | | | |
| MyAccess Checking | 8980 2901 1541 | 08-16 | 12,990.73 |
| MyAccess Checking | 8980 2901 1554 | 08-16 | 3,047.35 |
| Regular Savings | 8980 2901 9873 | 08-16 | 30.60 |

**Total Deposit Account Balance $16,068.68**

** Banking products such as checking and savings accounts and credit accounts are offered by Bank of America, N.A., member FDIC. Credit card
accounts are offered by Bank of America, N.A. (USA).

Combined Statement
Page 2 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0 A P PA  9
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

---

## Deposit Accounts

---

### Pittsburgh Pirates 1.800.696.6346 - Customer Service
### MyAccess Checking

MITCHELL J STEIN  D I P

---

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 8980 2901 1541 |
| Beginning Balance on 07-16-10 | $ | 3,246.60 |
| Deposits and Other Additions | + | 18,915.99 |
| ATM and Debit Card Subtractions | - | 7,730.89 |
| Service Charges and Other Fees | - | 26.86 |
| Other Subtractions | - | 1,414.11 |
| **Ending Balance on 08-16-10** | **$** | **12,990.73** |

*Your account has overdraft protection provided by Deposit Account number 8980 2901 9873.*

Help avoid occasional Overdraft & NSF: Returned Item fees. Set up Alerts to get messages by email or text when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

---

### MyAccess Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Online Banking transfer from Chk 1554<br>Confirmation# 6162724253 | 07-20 | 5,000.00 |
| CheckCard  0720 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020100839175961 | 07-21 | 15.99 |
| Online Banking transfer from Chk 1554<br>Confirmation# 5242879943 | 08-10 | 800.00 |
| BkofAmerica ATM 08/14 #000003554 Deposit<br>Calabasas          Calabasas     CA | 08-16 | 13,100.00 |

**Total Deposits and Other Additions $18,915.99**

---

### MyAccess Checking Subtractions

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0716 Fixya, Inc<br>650-212-3300 CA 5543286019700014641 5627 | 07-16 | 19.99 |
| CheckCard  0715 3Rd Stop<br>310-273-3605 CA 5543286019700017930 1272 | 07-16 | 19.00 |
| CheckCard  0716 Fins Seafood<br>Westlake Villca 5554750019812403001 0022 | 07-19 | 130.02 |
| CheckCard  0717 Ml Piace Calabasa<br>Calabasas     CA 5542950019928639980 0673 | 07-19 | 105.00 |
| CheckCard  0717 Green Street Rest<br>Pasadena     CA 2524780019900026052 2416 | 07-19 | 98.00 |
| CheckCard  0717 Paypal *laviedesh<br>4029357733   CA 5542950019984905289 0743 | 07-19 | 96.97 |
| CheckCard  0717 Paypal *dondehave<br>4029357733   CA 5542950019884902917 5260 | 07-19 | 69.99 |

H

**Combined Statement**
Page 3 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P  PA  9          0225202
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| Low-P          07/16 #000126187 Purchase<br>24025 Calabasas R  Calabasas      CA | 07-19 | 54.12 |
| CheckCard  0719 Superior CT-FL Co<br>Orange      CA  5548077020020682770016 | 07-20 | 355.00 |
| CheckCard  0718 Wm Ezpay<br>866-834-2080 TX 85180890200980145481683 | 07-20 | 165.00 |
| CheckCard  0719 Paypal *yanpi77<br>4029357733   CA 5542950020084911019362 | 07-20 | 86.00 |
| CheckCard  0719 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020000664904031 | 07-20 | 48.93 |
| CheckCard  0719 Freedom Voice Sys<br>800-477-1477 CA 0543684020135519107668 | 07-20 | 11.35 |
| CheckCard  0720 Paypal *fylagyy<br>4029357733   CA 5542950020184912558309 | 07-21 | 199.00 |
| BkofAmerica ATM 07/22 #000003228 Withdrwl<br>Calabasas        Calabasas      CA | 07-22 | 600.00 |
| CheckCard  0720 Mr Chow Of LA<br>Beverly Hillsca 5546029020327745101615 | 07-23 | 337.00 |
| CheckCard  0721 MI Piace Calabasa<br>Calabasas      CA 5542950020328639980602 | 07-23 | 41.00 |
| BkofAmerica ATM 07/24 #000004028 Withdrwl<br>Calabasas        Calabasas      CA | 07-26 | 600.00 |
| Rite Aid Corp.  07/24 #000896939 Purchase<br>4710 Commons Way  Calabasas      CA | 07-26 | 120.05 |
| CheckCard  0724 Ruth's Woodland H<br>Woodland Hillca 2553606020710104460575 | 07-26 | 80.00 |
| CheckCard  0724 Calabasas Exxon<br>Calabasas      CA 8510165020670029409754 | 07-26 | 70.49 |
| CheckCard  0724 Paypal *dr Inc US<br>4029357733   MN 5542950020584926654769 | 07-26 | 46.45 |
| CheckCard  0722 MI Piace Calabasa<br>Calabasas      CA 5542950020428639980320 | 07-26 | 39.00 |
| CheckCard  0723 Wp-Online Media T<br>London          3543864020500012042563 | 07-26 | 39.00 |
| CheckCard  0725 LA Conversation<br>West Hollywooca 0514047020610001142418 | 07-26 | 34.42 |
| CheckCard  0723 L A Superior Cour<br>213-8930364  CA 8545078020611800011577 9 | 07-26 | 30.00 |
| CheckCard  0723 L A Superior Cour<br>213-8930364  CA 8545078020611800011586 0 | 07-26 | 7.50 |
| CheckCard  0723 L A Superior Cour<br>213-8930364  CA 8545078020611800011462 4 | 07-26 | 4.75 |
| CheckCard  0726 Dragon Herbs<br>03109172288  CA 5550036020720715530018 8 | 07-27 | 175.14 |
| CheckCard  0726 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020700074444790 5 | 07-27 | 105.39 |
| CheckCard  0726 Paypal *aflamingo<br>4029357733   CA 5542950020784931766597 1 | 07-27 | 74.96 |
| CheckCard  0726 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020700077437984 6 | 07-27 | 70.27 |
| CheckCard  0726 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020700076005879 2 | 07-27 | 57.00 |
| CheckCard  0726 Paypal *sandlertr<br>402-935-7733 CA 5543286020700075366615 5 | 07-27 | 56.85 |

Combined Statement
Page 4 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P PA  9
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0726 Paypal *colorsort<br>4029357733   CA 5542950020784931793 1316 | 07-27 | 47.96 |
| CheckCard  0726 Paypal *sellerneb<br>4029357733   CA 5542950020784931 7857255 | 07-27 | 29.94 |
| CheckCard  0726 Amazon.com<br>Amzn.Com/Billwa 5543286020700075 7249958 | 07-27 | 27.49 |
| CheckCard  0726 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286020700075 6904454 | 07-27 | 19.99 |
| CheckCard  0727 Canoga Auto Body<br>Canoga Park  CA 5550080020901000 0120642 | 07-29 | 629.48 |
| CheckCard  0728 Big 5 Sporting #1<br>Thousand Oaksca 8545078021040600 1027380 | 07-30 | 173.12 |
| BkofAmerica ATM 07/31 #000006967 Withdrwl<br>Calabasas        Calabasas      CA | 08-02 | 500.00 |
| CheckCard  0731 The Bistro Garden<br>Studio City  CA 5531020021220723 1100199 | 08-02 | 116.00 |
| CheckCard  0729 MI Piace Calabasa<br>Calabasas     CA 5542950021128639 9800321 | 08-02 | 90.00 |
| Calabasas Auto  07/31 #000001773 Purchase<br>24115 Calabasas R  Calabasas      CA | 08-02 | 42.99 |
| CheckCard  0730 Paypal *vistaprin<br>4029357733   MA 5542950021184947 7705116 | 08-02 | 2.99 |
| CheckCard  0805 Sprint *wireless<br>800-639-6111 VA 5543286021700031 3889287 | 08-05 | 440.53 |
| CheckCard  0804 LA  Superior Crt<br>Los Angeles  CA 5550037021720783 6800017 | 08-05 | 395.00 |
| CheckCard  0804 LA  Superior Crt<br>Los Angeles  CA 5550037021720783 6800033 | 08-05 | 40.00 |
| CheckCard  0804 Paypal *emtc Inc<br>4029357733   CA 5542950021684963 5785617 | 08-05 | 29.90 |
| BkofAmerica ATM 08/06 #000009464 Withdrwl<br>Calabasas        Calabasas      CA | 08-06 | 200.00 |
| CheckCard  0805 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286021700039 2712079 | 08-06 | 59.97 |
| CheckCard  0806 The Intelligent O<br>Walnut Creek CA 8518355022098000 5044095 | 08-09 | 169.87 |
| CheckCard  0807 Paypal *instoreso<br>35314369001      8513007022003142 4384564 | 08-09 | 22.88 |
| CheckCard  0809 Amazon.com<br>Amzn.Com/Billwa 5543286022100000 0180549 | 08-10 | 90.24 |
| CheckCard  0808 L A Superior Cour<br>213-8930364  CA 8545078022111800 0190294 | 08-10 | 75.98 |
| CheckCard  0808 L A Superior Cour<br>213-8930364  CA 8545078022111800 0190484 | 08-10 | 30.00 |
| CheckCard  0808 L A Superior Cour<br>213-8930364  CA 8545078022111800 0190427 | 08-10 | 8.76 |
| CheckCard  0808 L A Superior Cour<br>213-8930364  CA 8545078022111800 0190823 | 08-10 | 7.50 |
| CheckCard  0809 Paypal *voice Go<br>4029357733   CA 5542950022184978 0664750 | 08-10 | 5.99 |
| CheckCard  0811 Amazon Mktplace P<br>Amzn.Com/Billwa 5543286022300034 7849168 | 08-12 | 128.95 |
| CheckCard  0811 Amazon.com<br>Amzn.Com/Billwa 5543286022300038 5033758 | 08-12 | 91.95 |

H

Combined Statement
Page 5 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P PA  9          0225204
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0810 L A Superior Cour<br>213-8930364  CA 85450780223118000108187 | 08-12 | 22.50 |
| CheckCard  0812 Brn*mergernetwork<br>161-7497510  MA 75309560224761186374377 Recurring | 08-13 | 34.95 |
| CheckCard  0812 Mni*creditreport.<br>866-8833309  CA 75309560224761870053428 Recurring | 08-13 | 14.95 |
| CheckCard  0812 J2 *trustfax<br>866-733-7040 CA 55432860224000579959437 Recurring | 08-13 | 4.95 |
| CheckCard  0814 Shell Oil 2744172<br>Calabasas     CA 55308760227547233018869 | 08-16 | 68.42 |
| BkofAmerica ATM 08/14 #000003555 Withdrwl<br>Calabasas          Calabasas     CA | 08-16 | 60.00 |

**Total ATM and Debit Card Subtractions $7,730.89**

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Wire Transfer Fee | 07-19 | 25.00 |
| CheckCard  0723 Wp-Online Media T<br>London          35438640205000120042563<br>International Transaction Fee | 07-26 | 1.17 |
| CheckCard  0807 Paypal *instoreso<br>35314369001      85130070220031424384564<br>International Transaction Fee | 08-09 | 0.69 |

**Total Service Charges and Other Fees $26.86**

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Online Banking transfer to Chk 1554<br>Confirmation# 1627970924 | 07-16 | 30.00 |
| Keep The Change Transfer To Acct 9873 For 07/16/10 | 07-16 | 0.01 |
| Wire Type:Wire Out Date:100719 Time:0514 Et<br>Trn:201007190043199 Service Ref:001168<br>Bnf:Zre Publishing ID:825787989 Bnf Bk:Jpmorgan Ch<br>Asc Bank, NA ID:322271627 Pmt Det:48589432 Legal S<br>Upport Services | 07-19 | 400.00 |
| Online Banking payment to Crd 5771<br>Confirmation# 2650899230 | 07-19 | 170.00 |
| Keep The Change Transfer To Acct 9873 For 07/19/10 | 07-19 | 1.90 |
| Keep The Change Transfer To Acct 9873 For 07/20/10 | 07-20 | 0.72 |
| Keep The Change Transfer To Acct 9873 For 07/26/10 | 07-26 | 3.34 |
| Keep The Change Transfer To Acct 9873 For 07/27/10 | 07-27 | 3.01 |
| Keep The Change Transfer To Acct 9873 For 07/29/10 | 07-29 | 0.52 |
| Keep The Change Transfer To Acct 9873 For 07/30/10 | 07-30 | 0.88 |
| Keep The Change Transfer To Acct 9873 For 08/02/10 | 08-02 | 0.02 |
| Keep The Change Transfer To Acct 9873 For 08/05/10 | 08-05 | 0.57 |
| Keep The Change Transfer To Acct 9873 For 08/06/10 | 08-06 | 0.03 |
| Keep The Change Transfer To Acct 9873 For 08/09/10 | 08-09 | 0.25 |
| Keep The Change Transfer To Acct 9873 For 08/10/10 | 08-10 | 1.53 |
| Keep The Change Transfer To Acct 9873 For 08/12/10 | 08-12 | 0.60 |
| Keep The Change Transfer To Acct 9873 For 08/13/10 | 08-13 | 0.15 |

H

Combined Statement
Page 6 of 11                    898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P PA  9
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Subtractions

| Other Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| Online Banking transfer to Chk 1554 Confirmation# 5376832253 | 08-16 | 700.00 |
| Deposit Corr/Adj Fee Image | 08-16 | 100.00 |
| Keep The Change Transfer To Acct 9873 For 08/16/10 | 08-16 | 0.58 |

**Total Other Subtractions $1,414.11**

## Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 3,246.60 | 07-26 | 4,122.42 | 08-09 | 538.73 |
| 07-16 | 3,177.60 | 07-27 | 3,454.42 | 08-10 | 1,118.73 |
| 07-19 | 2,026.60 | 07-29 | 2,824.42 | 08-12 | 874.73 |
| 07-20 | 6,359.60 | 07-30 | 2,650.42 | 08-13 | 819.73 |
| 07-21 | 6,176.59 | 08-02 | 1,898.42 | 08-16 | 12,990.73 |
| 07-22 | 5,576.59 | 08-05 | 992.42 | | |
| 07-23 | 5,198.59 | 08-06 | 732.42 | | |

## MyAccess Checking

### MITCHELL J STEIN   D I P ADMINSTRATIVE

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 8980 2901 1554 | |
| Beginning Balance on 07-16-10 | $  11.11 | |
| Deposits and Other Additions | +  24,330.00 | |
| Checks Posted | -  2,159.85 | |
| ATM and Debit Card Subtractions | -  7,221.50 | |
| Service Charges and Other Fees | -  82.41 | |
| Other Subtractions | -  11,830.00 | |
| Ending Balance on 08-16-10 | $  3,047.35 | |

*Your account has overdraft protection provided by Deposit Account number 8980 2901 9873.*

H

Combined Statement
Page 7 of 11                 898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P PA  9            0225206
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Online Banking transfer from Chk 1541<br>  Confirmation# 1627970924 | 07-16 | 30.00 |
| Wire Type:Wire IN Date: 100719 Time:1454 Et<br>  Trn:2010071900219356 Seq:2010200145200001/002091<br>  Orig:Padula & Grant, Pllc ID:00121009237 Snd Bk:PA<br>  Radise Bank ID:067015795 | 07-19 | 20,000.00 |
| CA Tlr transfer<br>  Banking Ctr Beverly Hills Main        #0000245 CA<br>  Confirmation# 8799098000 | 08-16 | 3,600.00 |
| Online Banking transfer from Chk 1541<br>  Confirmation# 5376832253 | 08-16 | 700.00 |

**Total Deposits and Other Additions $24,330.00**

## MyAccess Checking Subtractions

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 310 | 07-20 | 450.00 | 312* | 08-12 | 1,309.85 | 314* | 08-11 | 400.00 |

**Total Checks Posted $2,159.85**

\* Gap in sequential check numbers.

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0715 Vistapr*website Pkg<br>  866-811-4994 MA  24189510197040097621346 | 07-16 | 25.95 |
| CheckCard  0718 Ave*avesil<br>  866-7303330  FL 24351780199613061180512 Recurring | 07-19 | 95.90 |
| CheckCard  0722 Ppl*p90X<br>  866-370-8219 CA 24692160203000156778573 | 07-23 | 83.21 |
| CheckCard  0727 Charter Communications<br>  888-438-2427 CA 24692160208000842649126 | 07-27 | 126.66 |
| CheckCard  0728 Att*cons Phone Pmt<br>  800-288-2020 TX 24692160209000140292487 | 07-29 | 376.79 |
| CheckCard  0731 Buyyourtics<br>  866-502-1786 CA 24492150212849505309007 | 08-02 | 36.87 |
| CheckCard  0801 Sendyourfiles.Com<br>  Prebase B.V.    74027690213030224697914 | 08-02 | 13.95 |
| CheckCard  0804 Union 76        00347807<br>  Calabasas    CA 24164070216619277976041 | 08-05 | 50.39 |
| CheckCard  0804 Fedex Office #0582<br>  Woodland Hillca 24445000217377747181513 | 08-05 | 3.75 |
| CheckCard  0805 Jos A Bank Catalog #03<br>  800-999-7472 MD 24492150217818000005985 | 08-06 | 749.04 |
| CheckCard  0804 Paypal *orientalfur<br>  402-935-7733 MA 24492150217849650561183 | 08-06 | 159.50 |
| CheckCard  0805 MI Piace Calabasas<br>  Calabasas    CA 24492150218286399800573 | 08-09 | 71.59 |
| CheckCard  0807 Jerry's Famous Deli<br>  Woodland Hillca 24341290220251568011843 | 08-09 | 44.42 |
| CheckCard  0807 Paypal *bluebargain<br>  402-935-7733 CA 24492150219849720775522 | 08-09 | 40.12 |

Combined Statement
Page 8 of 11                    898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P PA  9
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

# MyAccess Checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0808 Paypal *premierent | 08-09 | 27.80 |
| 402-935-7733 CA 24492150220849746776048 | | |
| CheckCard  0806 Courtyard Salon | 08-10 | 35.00 |
| Calabasas    CA 24801990221980000158476 | | |
| CheckCard  0809 Rpi*civilcourtdocs | 08-11 | 67.00 |
| 877-595-5179 CA 24412890222700167598096 | | |
| CheckCard  0811 LA  Superior Crt - | 08-12 | 40.00 |
| Los Angeles  CA 24055240223207986900015 | | |
| CheckCard  0813 Virgin Amer 98400000008 | 08-16 | 4,812.78 |
| Burlingame   CA 24717050226582262955036 | | |
| CheckCard  0813 LA Scala Restaurant | 08-16 | 200.00 |
| Beverly Hillsca 24653000227900017601137 | | |
| CheckCard  0815 Pm *blackpeoplemeet.com | 08-16 | 63.65 |
| 323-6030188  CA 24351780227780572452635 | | |
| CheckCard  0815 Paypal *firstbeatme | 08-16 | 39.99 |
| 402-935-7733 CA 24492150227849000383658 | | |
| CheckCard  0814 Rite Aid Store 6327 | 08-16 | 31.19 |
| Calabasas    CA 24792620227691582988572 | | |
| CheckCard  0814 Vistapr*website Pkg | 08-16 | 25.95 |
| 866-811-4994 MA 24189510227050342445114 | | |

**Total ATM and Debit Card Subtractions $7,221.50**

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Wire Transfer Fee | 07-19 | 12.00 |
| Wire Transfer Fee | 07-21 | 25.00 |
| Wire Transfer Fee | 07-21 | 25.00 |
| Safepass Card Fee | 07-29 | 19.99 |
| CheckCard  0801 Sendyourfiles.Com | 08-02 | 0.42 |
| Prebase B.V.    74027690213030224697914 | | |
| International Transaction Fee | | |

**Total Service Charges and Other Fees $82.41**

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Online Banking transfer to Chk 1541 | 07-20 | 5,000.00 |
| Confirmation# 6162724253 | | |
| Wire Type:Wire Out Date:100721 Time:0522 Et | 07-21 | 5,180.00 |
| Trn:2010072100054895 Service Ref:000802 | | |
| Bnf:Tracey Hampton-Stein ID:1000090257519 Bnf Bk:S | | |
| Untrust Bank Atlanta ID:061000104 Pmt Det:48703220 | | |
| Alimony Child Support Plus Back Due | | |
| Wire Type:Wire Out Date:100721 Time:0522 Et | 07-21 | 250.00 |
| Trn:2010072100054750 Service Ref:000825 | | |
| Bnf:Zre Publishing ID:825787989 Bnf Bk:Jpmorgan Ch | | |
| Ase Bank, NA ID:322271627 Pmt Det:48703212 Legal S | | |
| Upport Services | | |
| Online Banking transfer to Chk 1541 | 08-10 | 800.00 |
| Confirmation# 5242879943 | | |
| Online Banking payment to Crd 5771 | 08-16 | 600.00 |
| Confirmation# 5499873209 | | |

Combined Statement
Page 9 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A P  PA  9          0225208
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## MyAccess Checking Subtractions

| Other Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|

**Total Other Subtractions $11,830.00**

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning | 11.11 | 07-27 | 8,767.39 | 08-10 | 6,337.76 |
| 07-16 | 15.16 | 07-29 | 8,370.61 | 08-11 | 5,870.76 |
| 07-19 | 19,907.26 | 08-02 | 8,319.37 | 08-12 | 4,520.91 |
| 07-20 | 14,457.26 | 08-05 | 8,265.23 | 08-16 | 3,047.35 |
| 07-21 | 8,977.26 | 08-06 | 7,356.69 | | |
| 07-23 | 8,894.05 | 08-09 | 7,172.76 | | |

---

## Pittsburgh Pirates 1.800.696.6346 - Customer Service
## Regular Savings

MITCHELL J STEIN   D I P

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 8980 2901 9873 | |
| Beginning Balance on 07-16-10 | $ 16.16 | *Interest Paid Year to Date: $10.40* |
| Deposits and Other Additions | + 14.44 | |
| Ending Balance on 08-16-10 | $ 30.60 | |

## Regular Savings Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Keep The Change Credit From Acct 1541 For 07/15/10 | 07-16 | 0.91 |
| Keep The Change Credit From Acct 1541 For 07/16/10 | 07-19 | 0.01 |
| Keep The Change Credit From Acct 1541 For 07/19/10 | 07-20 | 1.90 |
| Keep The Change Credit From Acct 1541 For 07/20/10 | 07-21 | 0.72 |
| Keep The Change Credit From Acct 1541 For 07/26/10 | 07-27 | 3.34 |
| Keep The Change Credit From Acct 1541 For 07/27/10 | 07-28 | 3.01 |
| Keep The Change Credit From Acct 1541 For 07/29/10 | 07-30 | 0.52 |
| Keep The Change Credit From Acct 1541 For 07/30/10 | 08-02 | 0.88 |
| Keep The Change Credit From Acct 1541 For 08/02/10 | 08-03 | 0.02 |
| Keep The Change Credit From Acct 1541 For 08/05/10 | 08-06 | 0.57 |
| Keep The Change Credit From Acct 1541 For 08/06/10 | 08-09 | 0.03 |
| Keep The Change Credit From Acct 1541 For 08/09/10 | 08-10 | 0.25 |
| Keep The Change Credit From Acct 1541 For 08/10/10 | 08-11 | 1.53 |
| Keep The Change Credit From Acct 1541 For 08/12/10 | 08-13 | 0.60 |
| Keep The Change Credit From Acct 1541 For 08/13/10 | 08-16 | 0.15 |

**Total Deposits and Other Additions $14.44**

Combined Statement
Page 10 of 11          898029011541
Statement Period
07-16-10 through 08-16-10
B 09  0  A  P  PA  9
Number of checks enclosed: 0

MITCHELL J STEIN
D I P

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|------|-----------|------|-----------|------|-----------|
| Beginning | 16.16 | 07-28 | 26.05 | 08-10 | 28.32 |
| 07-16 | 17.07 | 07-30 | 26.57 | 08-11 | 29.85 |
| 07-19 | 17.08 | 08-02 | 27.45 | 08-13 | 30.45 |
| 07-20 | 18.98 | 08-03 | 27.47 | 08-16 | 30.60 |
| 07-21 | 19.70 | 08-06 | 28.04 | | |
| 07-27 | 23.04 | 08-09 | 28.07 | | |

H

0225210

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ......................................................... $ _____

2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ......... $ _____

3. Add any credits not previously recorded that are listed on this statement (for example interest) ................ $ _____

4. This is your NEW ACCOUNT REGISTER BALANCE ............................................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here .................................................................. $ _____

2. Add any deposits not shown on this statement ............................................................ $ _____

_____

**SUBTOTAL** ............. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............... $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ......................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**