

ORDERED in the Southern District of Florida on October 14, 2010.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov

In re:

MITCHELL J. STEIN.                    Case No. 09-14345-BKC-PGH
                                      Chapter 11
    Debtor.
_____/

### ORDER SCHEDULING STATUS CONFERENCE

THIS MATTER came on for consideration, *sua sponte*, for the purpose of scheduling a status conference pursuant to 11 U.S.C. § 105(d).

Accordingly, it is hereby **ORDERED**:

1.    The Court will hold a status conference on **November 2, 2010 at 9:30 A.M.**, at the U.S. Bankruptcy Court, Room 801 Courtroom A, 1515 North Flagler Drive, West Palm Beach, Florida 33401.

**###**

**Submitted: by**

**Joe M. Grant, Esquire**
Attorney for Debtor
Padula & Grant, PLLC
365 East Palmetto Park Road
Boca Raton, Florida  33432

(*Attorney Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service.)