UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

MITCHELL J. STEIN.                                   Case No. 09-14345-BKC-PGH
                                                     Chapter 11
    Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Order Scheduling Status Conference, and a true copy of paper which is the subject of the Order (if not previously served) were served on all parties listed on the attached Service List, and in the manner indicated on October 14, 2010.  I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of October, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    Respectfully submitted,

    **PADULA & GRANT, PLLC**
    Attorneys for Debtor
    365 East Palmetto Park Road
    Boca Raton, Florida  33432
    Telephone No. 561.544.8900
    Facsimile No. 561.544.8999
    Email:  grant@padulagrant.com


    By:     /s/ Joe M. Grant
           JOE M. GRANT
           Florida Bar No. 137758

## SERVICE LIST SERVICE LIST

### SERVED VIA CM/ECF NOTICE AND U.S. MAIL:

- Joey M. Grant — grant@padulagrant.com
- Charles W. Throckmorton — cwt@kttlaw.com
- David Samole — das@kttlaw.com
- Grace E. Robson — grobson@hkrlegal.com
- Isaac M. Marcushamer — imarcushamer@bergersingerman.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Thomas M. Messana — tmessana@mws-law.com
- Gregory S. Grossman — ggrossman@astidavis.com
- Harold D. Moorefield, Jr. — hmoorefield@stearnsweaver.com
- Brian S. Behar, Esq. — bsb@bgglaw.com

### SERVED VIA U.S. MAIL

**David L. Ray**
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA  90025

**James A. Stearman, Esquire**
1235 North Harbor Boulevard, Suite 200
Fullerton, CA  92832

**Daszkal Bolton, LLP**
2401 NW Boca Raton Blvd.
Boca Raton, FL 33431

**Executive Leasing**
7807 Santa Monica Blvd.
Los Angeles, CA 90046

**Robert Brown, Esquire**
Rendings Fry
1 West 4th Street, Suite 900
Cincinnati, OH 45202

**Ulmer Berne, LLC Attorneys**
Skylight Office Tower
1660 W. 2nd St., Suite 1100
Cleveland, Ohio 44113

**Tracey Hampton-Stein**
18201 Daybreak Drive
Boca Raton, Florid 33496

**Mitchell Jay Stein**
2450 Hollywood boulevard, Suite 706
Hollywood fl 33020

**Bank of America**
P.O. Box 60610
Phoenix, AZ 85082

**David Martin, Esquire**
4 W. Main Street, Suite 707
Springfield, OH 45502

**LVNV Funding**
P.O. Box 3038
Evansville, IN 47730

**Plains Commerce Bank**
3905 W 49th Street
Sioux Falls, TX 57106

**Richardson Patel**
10900 Wilshire Blvd., Ste. 500
Los Angeles, CA 90024

**Trayton Aviation, LLC**
21218 St. Andrews Blvd. #637
Boca Raton, Florida 33433

**Gregory S. Grossman, Esquire**
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, Fl 16
Miami, Florida 33131

**Capital One**
P.O. Box 85520
Richmond, VA 32385

**Progressive Mgt. Sys. (So Cal Gas)**
1521 W. Cameron Ave., 1st Floor
West Covina, CA 91790

**Tribute/FBP**
P.O. Box 105555
Richmond, VA 23282

**Sherwood Country Club**
**Attn: Daryn Wood – Controller**
320 W. Stafford Road
Thousand Oaks, CA 91361

**Mr. Lee Ehrlichman**
P.O. Box 8693
Calabasas, CA 91372

**Harold D. Moorefield, Esq.**
Stearns Weaver Miller
150 W. Flagler St., #2200
Miami, FL 33130

**Unencumbered Assets Trust, Erin I Katz**
c/o Co-Counsel Lisa Hill Fenning, Esq.
Arnold & Porter, LLC
777 South Figueroa Street
44th Floor
Los Angeles, CA 90071

**SWAB, LLC**
c/o Emanuel Barling, Jr., Esq.
Law Offices of Emanuel Barling, Jr., Esq.
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401

**MGM Grand Hotel**
3799 Las Vegas Blvd. S.
Las Vegas, NV 89109

**Robany, Inc.**
6320 Canoga Ave., Suite 1500
Woodland Hills, CA 91367

**Aviation Finance Group, LLC**
4355 Emerald St., Suite 100
Boise, ID 83707

**Double Eagle Entertainment**
c/o Rowland Perkins
P.O. Box 1268
Beverly Hills, CA 90213

**Warren L. King, M.D.**
21301 Powerline Rd., Ste. 304
Boca Raton, Florida 33433

**Steven M. Davis, Esquire**
121 Alhambra Plaza, #1000
Coral Gables, Florida 33134

**Unencumbered Assets Trust, Erin I Katz**
c/o Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134