UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MITCHELL STEIN, | : | CASE NO. 09-14345-PGH |
| | : | |
| Debtor. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and respectfully moves this Court to enter an order dismissing the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. The Debtor filed a voluntary Chapter 11 petitions on March 13, 2009.

2. On February 7, 2011, the Court confirmed the Debtor's First Amended Plan.

3. On December 13, 2011, the Debtor was indicted in the United States District Court for the Southern District of Florida on 14 counts of conspiracy to commit mail and wire fraud; mail fraud; wire fraud; securities fraud, money laundering and conspiracy to obstruct justice.

4. On May 20, 2013 after a trial, the jury found the Debtor guilty on all counts.

5. After the entry of the verdict, the Debtor was remanded to the custody of the federal prison where he is currently incarcerated. In fact, on June 13, 2013, the Debtor filed a Motion to Modify Conditions of Release which the Honorable Kenneth A. Marra denied by order entered on June 18, 2013.

1

6. The U.S. District Court has currently scheduled sentencing to December 2, 2013.

7. At a hearing held on April 3, 2013, the U.S. District Court deemed the Debtor indigent.  The Debtor has stated that he has insufficient financial resources to pay his legal fees.

8. The Debtor's indigent status for purposes of his criminal conviction leads the U.S. Trustee to believe the Debtor is unable to make any payments under the confirmed plan.

9. The Debtor has not filed post-confirmation reports since March 2013.

10.  A review of the docket reflects that no activity has occurred in this proceeding.

11.   Based on the Debtor's current situation, the U.S. Trustee submits that the Debtor has no means with which to consummate the confirmed plan of reorganization.

12. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall dismiss or convert a case to Chapter 7 if the movant establishes cause.  Section 1112(b)(4) provides a list of causes that would meet the requirements of 11 U.S.C. §1112(b)(1).

13. Failure to timely file post confirmation operating reports are cause for dismissal pursuant to 11 U.S.C. §1112(b)(4)(F).

14. The Debtors' lack of income indicates a continuing lost to the estate and an absence of reasonable likelihood of rehabilitation, cause for dismissal pursuant to 11 U.S.C. §1112(b)(4)(A).

15.  Debtor's incarceration results in an inability to effectuate substantial consummation

of the confirmed plan, cause for dismissal pursuant to 11 U.S.C. §1112(b)(4)M).

16. The U.S. Trustee submits that is not in the best interest of this estate and its creditors to remain in Chapter 11.

17. Debtor's failure to abide by the requirements of the Bankruptcy Code is not in the best interests of creditors and the estate and constitutes grounds for dismissal under 11 U.S.C. §1112.

## CERTIFICATION OF CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 9073-1(D), I have contacted the Debtor's counsel to attempt to resolve the issues herein. (Signature below).

WHEREFORE, the United States Trustee respectfully request this Court enter an Order dismissing this case and granting any other or further relief the Court deems just and appropriate, including setting a deadline by which a plan and disclosure statement should be filed.

> GUY G. GEBHARDT
> Acting United States Trustee
>
> /s/
> HEIDI A. FEINMAN
> Trial Attorney
> Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130 (305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS** was electronically filed with the Court using the CM/ECF system**,** which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail, First Class to the following:

| | |
|---|---|
| Brian S Behar | bsb@bgglaw.net |
| Bernard Eskandari | bernard.eskandari@doj.ca.gov |
| Joe M Grant | jmgrant@jmgrantlaw.com |
| Joe M. Grant |  jgrant@msglaw.com,  efile@msglaw.com; mg197ecfbox@gmail.com |
| Gregory S Grossman | ggrossman@astidavis.com |
| Andrew R Herron | aherron@herronortiz.com,  ndrubin@herronortiz.com |
| Jeffrey T Kuntz | jkuntz@gray-robinson.com,  daurand@gray-robinson.com |
| Isaac M Marcushamer | imarcushamer@bergersingerman.com , fsellers@bergersingerman.com; efile@bergersingerman.com |
| Thomas M. Messana | tmessana@messana-law.com , emair@messana-law.com; blieberman@messana-law.com; thurley@messana-law.com; tmessana@bellsouth.net; nbarrus@messana-law.com; ekates@bakerlaw.com; jmooremaley@messana-law.com; tzeichman@messana-law.com |
| Harold D Moorefield Jr. | hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com; bank@stearnsweaver.com; larrazola@stearnsweaver.com; rross@stearnsweaver.com; dillworthcdp@ecf.epiqsystems.com |
| Recovery Management Systems Corp | claims@recoverycorp.com |
| David Samole | das@kttlaw.com , mc@kttlaw.com; ycc@kttlaw.com |
| Sheila R Schwager | sschwager@hawleytroxell.com |
| Charles W Throckmorton | cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com |

Christina M Coleman
1111 S Grand Ave #101
Los Angeles, CA 90015

Steven M Davis
121 Alhambra Plaza #1000
Coral Gables, FL 33134

Lee Ehrlichman
POB 8693
Calabasas, CA 91372

Samantha Schosberg Feuer
1515 N Flagler Dr #900
West Palm Beach, FL 33401

Joseph P. Guglielmo
600 B St. #1500
San Diego, CA 92101

Tracey Hampton-Stein
18201 Daybreak Drive
Boca Raton, FL 33496

Luis E. Lorenzana
600 B St. #1500
San Diego, CA 92101

Rowland Perkins
9123 Hazen Drive
Beverly Hills, CA 90210

David L. Ray
12121 Wilshire Blvd #600
Los Angeles, CA 90025

Resurgent Capital Services
c/o Joel Davis POB 10587
Greenville, SC 29603

Robany Inc
c/o Tracey Hampton-Stein
24600 John Colten Rd
Hidden Hills, CA 77837

Aurthur L. Shingler III
600 B St. #1500
San Diego, CA 92101

James A Stearman
1235 N Harbor Blvd #200
Fullerton, CA 92832-5620

Trayton Aviation
c/o Tracey Hampton-Stein
24600 John Colten Rd
Hidden Hills, CA 77837

Kimberly Nicole Williams
1100 Irvine Blvd #858
Tustin, CA 92780

Kimberly Nicole Williams
27472 Portola Pkwy #205-108
Foothill Ranch, CA 92610

      I hereby certify that I am admitted to the Bar of the State of Florida and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

      DONE this the 27th day of August, 2013.

/s/
HEIDI A. FEINMAN
Trial Attorney

8